# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MICHAEL WOOD, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | 7CCA: 23-2071 |
| | ) | |
| v. | ) | Case No.: 20cv02369 |
| | ) | |
| SECURITY CREDIT SERVICES, LLC, | ) | |
| d/b/a EQUIPRO INVESTMENTS, | ) | |
| | ) | **Appeal from the** |
| Defendant-Appellee. | ) | **U.S. District Court for the** |
| | ) | **Northern District of Illinois** |
| | ) | |
| | ) | **Honorable Sara L. Ellis** |
| | ) | **Presiding** |

## PLAINTIFF-APPELLANT'S *EMERGENCY* MOTION TO RESET ORAL ARGUMENT

Michael Wood, Appellant herein, by his counsel, Mario Kris Kasalo, moves to reset oral argument in the above-captioned matter, from the current date of April 4, 2024 at 9:30 a.m. to a future date agreeable to the Court and Appellee/opposing counsel. In support of this motion, the declaration of Appellant's counsel, Mario Kris Kasalo, is attached.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60076
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

1

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MICHAEL WOOD, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | 7CCA: 23-2071 |
| | ) | |
| v. | ) | Case No.: 20cv02369 |
| | ) | |
| SECURITY CREDIT SERVICES, LLC, | ) | |
| d/b/a EQUIPRO INVESTMENTS, | ) | |
| | ) | **Appeal from the** |
| Defendant-Appellee. | ) | **U.S. District Court for the** |
| | ) | **Northern District of Illinois** |
| | ) | |
| | ) | **Honorable Sara L. Ellis** |
| | ) | **Presiding** |

## DECLARATION

Mario Kris Kasalo, of The Law Office of M. Kris Kasalo, Ltd., Chicago, IL, states as follows:

1. I am the attorney for Appellant in the above-captioned appeal.

2. This is the Appellant's first motion seeking to reset oral argument in this appeal. I am seeking to reset the date to engage in oral argument in this case for the following reasons:

A. On February 20, 2024, I was hospitalized in the Ascension Health Emergency Dept. with various symptoms, including unilateral headache, facial numbness and vision problems. I am currently on medication for the same, although the symptoms, including others, have continued to the present and continue to flare

2

up, negatively affecting my ability to read and speak, as my vision and enunciation are affected due to my condition and my medication has an effect which also negatively impacts the foregoing.

    B.    I had an exacerbation of the foregoing symptoms early this morning, including a high fever, coughing, chills, and severe headache and nausea, which may have been caused by exposure to my minor daughter, a household member who is currently bedridden with an Influenza B infection. I thus cannot currently effectively ambulate or engage in oral argument as I am bedridden.

    C.    I thus respectfully request to reset oral argument in this case to a future date acceptable to the Honorable Court and Appellee. The motion is not interposed for delay but is based on the circumstances outlined above.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 4th day of April, 2024, in Skokie, Illinois.

                                              By:  /s/ Mario Kris Kasalo
                                                     Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60077
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, which will send notification of such filing to all registered parties of record.

By:  /s/ Mario Kris Kasalo
     Mario Kris Kasalo